## CONANICUT MARINE SERVICES, INC.

v.

## ZONING BOARD OF REVIEW OF the TOWN OF JAMESTOWN et al.

No. 83–310–M.P.

Supreme Court of Rhode Island.

June 30, 1983.

Daniel J. Murray, Robert Fine, Providence, for petitioner.

G. Quentin Anthony, Newport, William R. Landry, Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.

■

## Frank W. HODGES et al.

v.

## Bharat B. VIBHAKAR et al.

No. 83–104–M.P.

Supreme Court of Rhode Island.

June 30, 1983.

Richard W. MacAdams, David Oliveira, Providence, for petitioner.

Frank Mastrati, Jr., Cranston, for respondent.

## ORDER

The petition for writ of certiorari is granted.